MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for 3711 Lodina Ct Trust,
Teal Petals St. Trust, and Saticoy Bay LLC
Series 3711 Lodina Ct Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRTYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; 3711 LODINA CT TRUST; TEAL PETALS ST. TRUST; SATICOY BAY, LLC SERIES 3711 LODINA CT TRUST, <br><br> Defendants. | CASE NO.: 2:16-cv-00404-MMD-NJK <br><br><br> **SUBSTITUTION OF ATTORNEYS** |
| And all related matters. | |

    3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay LLC Series 3711 Lodina Ct Trust, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

    DATED this 30th day of July, 2018.

By:_____
Iyad "Eddie" Haddad

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for 3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay LLC Series 3711 Lodina Ct Trust, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By:/s/Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for 3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay LLC Series 3711 Lodina Ct Trust.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

By:/s/ Charles L. Geisendorf
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Suite 309
Henderson, NV 89074

IT IS SO ORDERED.
Dated: July 31, 2018
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2