MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendants
3711 Lodina Ct Trust, Teal Petals
St. Trust, and Saticoy Bay LLC
Series 3711 Lodina Ct Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; 3711 LODINA CT TRUST; TEAL PETALS ST. TRUST; SATICOY BAY, LLC SERIES 3711 LODINA CT TRUST,<br><br>Defendants. | CASE NO.: CASE NO.: 2:16-CV-00404<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE BANK OF AMERICA, N.A.'s MOTION FOR SUMMARY JUDGMENT (ECF 74)** |
| SATICOY BAY, LLC SERIES 3711 LODINA CT TRUST,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant, | |

1

IT IS HEREBY STIPULATED AND AGREED between defendants 3711 Lodina Ct Trust, Teal Petals, St. Trust, and Saticoy Bay LLCSeries 3711 Lodina Ct Trust, by and through their attorney, the Law Offices of Michael F. Bohn, Esq., Ltd., and plaintiff Bank of America, N.A., by and through its counsel, Jamie K Combs, Esq., that the date for Saticoy Bay to file its opposition to plaintiff Bank of America, N.A.'s motion for summary judgment (ECF 74) filed on October 8, 2018, shall be extended from October 29, 2018, to November 13, 2018.

This is the first extension to which the parties have sought regarding this motion. Defendants seek additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting defendants' request will not prejudice any party.

DATED this 13th day of November, 2018.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | AKERMAN LLP |
|---|---|
| By: /s/ Michael F. Bohn, Esq.<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Cir, Suite 480<br>Henderson, Nevada 89074<br>Attorney for defendants 3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay LLC Series 3711 Lodina Ct Trust | By: /s/ Jamie K Combs, Esq.<br>Ariel E. Stern, Esq.<br>Jamie K. Combs, Esq.<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Attorney for plaintiff Bank of America, N.A. |

**ORDER**

Pursuant to the stipulation of the parties, the dates are hereby set as stated above.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 13, 2018