ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; 3711 LODINA CT TRUST; TEAL PETALS ST. TRUST; SATICOY BAY, LLC SERIES 3711 LODINA CT TRUST,<br><br>Defendants. | Case No.: 2:16-cv-00404-MMD-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Plaintiff Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (**BANA**), and defendants 3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay, LLC Series 3711 Lodina Ct Trust (**Saticoy Bay**) and Southern Highlands Community Association, stipulate to extend BANA's deadline to file its reply in support of its motion for summary judgment (ECF No. 74) addressing the opposition of Saticoy Bay (ECF No. 84), from **November 27, 2018** until **December 4, 2018**.

/ / /

/ / /

/ / /

47002239;1      1      Case No. 2:16-cv-00404-MMD-NJK
**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Good cause exists to extend BANA's deadline by seven days to accommodate the schedules of BANA and its counsel through the upcoming Thanksgiving holiday. This is the parties' first request for an extension and is not intended for the purpose of undue delay or prejudicing any party.

This the 19th day of November, 2018.

**AKERMAN LLP**

/s/ *Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

This the 19th day of November, 2018.

**LAW OFFICES OF MICHAEL F. BOHN, ESQ.**

/s/ *Adam R. Trippiedi*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendants 3711 Lodina Ct Trust, Teal Petals St. Trust, and Saticoy Bay LLC Series 3711 Lodina Ct Trust*

**ORDER**

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

DATED: November 21, 2018

47002239;1

2

Case No. 2:16-cv-00404-MMD-NJK

**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**